# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL PAUL CARLTON

NO. 2026 KW 0530

**JULY 27, 2026**

---

In Re: Daniel Paul Carlton, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 50436.

---

**BEFORE: PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the affidavit used to obtain the search warrant of relator's home. This court cannot adequately review the claim raised in the writ application. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5. Supplementation of this writ application and/or application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rule 2-18.7 and 4-9. In the event counsel elects to file a new application with this court, he may do so on or before August 11, 2026. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT